# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Craig, Carla E. | U.S. Bankruptcy Court, E.D.N.Y | 07/28/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

271 Cadman Plaza E.
Suite 1595
Brooklyn, New York 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Kidspirit Magazine |
| 2. | Executor | Estates of Raymond S. Craig and Margaret M. Craig |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Schulte Roth and Zabel LLP-partnership distribution |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Georgetown University Law Center/ABI | 10/08/15-10/09/.15 | Washington, D.C. | Speaking at conference | Transportation, hotel, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Mt. Kellett Capital Partners II LP | Commitment to make capital contributions to investment limited partnership | P1 |
| 2. | Barnard College | Tuition obligation | K |
| 3. | JP Morgan US Income and Growth LP | Commitment to make capital contributions to investment limited partnership | K |
| 4. | CFSR Private Investors LLC | Commitment to make capital contributions to investment limited liability company | N |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 07/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Checking and Money Market Accounts | B | Interest | N | T | | | | | |
| 2. J.P. Morgan Money Market | A | Dividend | L | T | | | | | |
| 3. JPM US Real Estate Income and Growth Direct LP (474995958) | C | Interest | O | T | | | | | |
| 4. | C | Rent | | | | | | | |
| 5. | D | | | | | | | | |
| 6. JPM Floating Rate Income Fund (JPHSX) | E | Dividend | O | T | | | | | |
| 7. | A | | | | | | | | |
| 8. JP Morgan International Currency Income Fund (JCISX) | | None | | | Sold | 07/29/15 | L | | |
| 9. JP Morgan Strategic Income Opportunites Fund 3844 (JSOSX) | C | Dividend | M | T | | | | | |
| 10. American Century Equity Income Fund 123 (TWEIX) | D | Dividend | M | T | | | | | |
| 11. | E | | | | | | | | |
| 12. iShares MSCI All Country Asia Ex Japan Index Fund (AAXJ) | B | Dividend | L | T | | | | | |
| 13. JP Morgan Intl. Value Fund (JIESX) | E | Dividend | P1 | T | | | | | |
| 14. CSFR Private Investors LLC (290809177) | E | Interest | O | T | | | | | |
| 15. | F | Distribution | | | | | | | |
| 16. JP Morgan Tax Aware R/R Fund (TXRSX)) (f/k/a JP Morgan TR I Fund 992) | C | Dividend | M | T | | | | | |
| 17. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Spartan NY Muni Income | A | Dividend | L | T | | | | | |
| 19. Artisan High Income Investor (ARTFX) | E | Dividend | | | Buy (add'l) | 01/08/15 | J | | |
| 20. | B | | | | Buy (add'l) | 01/26/15 | L | | |
| 21. | | | | | Buy (add'l) | 01/27/15 | J | | |
| 22. | | | | | Sold (part) | 06/26/15 | L | | |
| 23. | | | | | Buy (add'l) | 07/31/15 | K | | |
| 24. | | | | | Buy (add'l) | 08/03/15 | L | | |
| 25. | | | | | Sold | 12/16/15 | N | | |
| 26. Fidelity Air Trans (FSAIX) | | None | | | Buy | 01/15/15 | L | | |
| 27. | | | | | Sold | 02/17/15 | L | B | |
| 28. Fidelity Banking (FSRBX) | A | Dividend | | | Buy (add'l) | 01/02/15 | J | | |
| 29. | | | | | Sold | 01/15/15 | L | | |
| 30. Fidelity Money Market Account (FCASH) | | None | K | T | | | | | |
| 31. Fidelity Conservative Income Bond (FCONX) | A | Dividend | | | Buy (add'l) | 01/08/15 | J | | |
| 32. | | | | | Sold (part) | 01/22/15 | M | A | |
| 33. | | | | | Sold (part) | 01/23/15 | M | A | |
| 34. | | | | | Sold | 01/26/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 07/28/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Defense and Aerospace (FSDAX) | A | Dividend | | | Buy | 02/17/15 | L | | |
| 36. | C | | | | Buy (add'l) | 04/10/15 | J | | |
| 37. | | | | | Buy (add'l) | 04/20/15 | J | | |
| 38. | | | | | Sold | 08/24/15 | L | | |
| 39. Fidelity Intermediate Bond ((FTHRX) | C | Dividend | M | T | Buy (add'l) | 01/02/15 | K | | |
| 40. | | | | | Sold (part) | 01/15/15 | L | A | |
| 41. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 42. | | | | | Buy (add'l) | 02/27/15 | J | | |
| 43. | | | | | Buy (add'l) | 03/31/15 | J | | |
| 44. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 45. | | | | | Buy (add'l) | 05/29/15 | J | | |
| 46. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 47. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 48. | | | | | Buy (add'l) | 08/24/15 | M | | |
| 49. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 50. | | | | | Buy (add'l) | 09/30/15 | J | | |
| 51. | | | | | Buy (add'l) | 10/30/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 07/28/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 11/27/15 | M | A | |
| 53. | | | | | Buy (add'l) | 11/30/15 | J | | |
| 54. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 55. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 56. Fidelity Int'l Growth (FIGFX) | B | Dividend | N | T | Buy (add'l) | 01/08/15 | J | | |
| 57. | A | | | | Buy (add'l) | 01/26/15 | K | | |
| 58. | | | | | Buy (add'l) | 06/26/15 | K | | |
| 59. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 60. | | | | | Buy (add'l) | 07/09/15 | K | | |
| 61. | | | | | Buy (add'l) | 07/22/15 | J | | |
| 62. | | | | | Buy (add'l) | 11/05/15 | K | | |
| 63. Fidelity Japan Small Companies (FJSCX) | A | Dividend | L | T | Buy | 01/15/15 | L | | |
| 64. | A | | | | Buy (add'l) | 12/04/15 | J | | |
| 65. | | | | | Sold (part) | 12/28/15 | K | B | |
| 66. Fidelity Leisure (FDLSX) | A | Dividend | | | Buy | 03/20/15 | K | | |
| 67. | B | | | | Buy (add'l) | 04/10/15 | J | | |
| 68. | | | | | Sold | 08/24/15 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 07/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fidelity Low Priced Stock (FLPSX) | B | Dividend | M | T | Sold (part) | 01/05/15 | J | C | |
| 70. | D | | | | Buy (add'l) | 01/08/15 | J | | |
| 71. | | | | | Buy (add'l) | 01/26/15 | K | | |
| 72. | | | | | Buy (add'l) | 06/29/15 | L | | |
| 73. | | | | | Sold (part) | 12/16/15 | L | | |
| 74. Fidelity Medical Equipment & Systems (FSMEX) | D | | | | Sold (part) | 01/02/15 | K | | |
| 75. | | | | | Buy (add'l) | 04/10/15 | J | | |
| 76. | | | | | Sold | 07/23/15 | M | E | |
| 77. Fidelity Mega Cap Stock (FGRTX) | D | Dividend | O | T | Sold (part) | 01/05/15 | J | D | |
| 78. | E | | | | Buy (add'l) | 01/08/15 | K | | |
| 79. | | | | | Buy (add'l) | 01/26/15 | M | | |
| 80. | | | | | Buy (add'l) | 01/27/15 | K | | |
| 81. | | | | | Buy (add'l) | 06/26/15 | L | | |
| 82. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 83. Fidelity MSCI Consumer Staples Index (FSTA) | A | Dividend | | | Buy | 01/16/15 | K | | |
| 84. | | | | | Sold | 03/20/15 | K | | |
| 85. Fidelity MSCI Telecommunications Svcs Index (FCOM) | A | Dividend | | | Buy | 02/18/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 07/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Buy (add'l) | 03/26/15 | J | | |
| 87. | | | | | Sold (part) | 04/20/15 | K | A | |
| 88. | | | | | Sold | 04/23/15 | J | A | |
| 89. Fidelity MSCI Utilities Index (FUTY) | B | Dividend | L | T | Buy | 08/25/15 | L | | |
| 90. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 91. | | | | | Buy (add'l) | 12/24/15 | J | | |
| 92. | | | | | Buy (add'l) | 12/29/15 | J | | |
| 93. Fidelity Natural Gas (FSNGX) | | None | | | Buy | 04/20/15 | K | | |
| 94. | | | | | Sold | 06/22/15 | K | | |
| 95. Fidelity NY Muni Money Market (FNYXX) | A | Dividend | M | T | Buy | 12/31/15 | M | | |
| 96. Fidelity OTC (FOCPX) | | None | L | T | Buy | 12/18/15 | L | | |
| 97. Fidelity Real Estate Invt (FRESX) | B | Dividend | L | T | Buy | 01/15/15 | K | | |
| 98. | C | | | | Buy (add'l) | 06/05/15 | J | | |
| 99. | | | | | Buy (add'l) | 09/11/15 | J | | |
| 100. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 101. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 102. Fidelity Select Biotechnology (FBIOX) | | None | | | Buy | 07/23/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 07/28/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 08/24/15 | L | | |
| 104. Fidelity Select Construction and Housing (FSHOX) | A | Dividend | L | T | Buy | 11/27/15 | L | | |
| 105. | A | | | | Buy (add'l) | 12/18/15 | J | | |
| 106. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 107. Fidelity Value (FDVLX) | | None | L | T | Buy | 12/30/15 | L | | |
| 108. Fidelity Select Multimedia (FBMPX) | A | Dividend | | | Sold (part) | 01/02/15 | K | | |
| 109. | D | | | | Sold | 01/15/15 | J | | |
| 110. Fidelity Select Retailing (FSRPX) | A | Dividend | L | T | Buy | 11/27/15 | L | | |
| 111. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 112. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 113. Fidelity Select Utilities (FSUTX) | | None | | | Sold (part) | 01/02/15 | J | | |
| 114. | | | | | Sold | 02/17/15 | L | A | |
| 115. Fidelity Telecommunications (FSTCX) | | None | | | Buy | 06/22/15 | L | | |
| 116. | | | | | Sold | 08/24/15 | L | | |
| 117. Fidelity Transportation (FSRFX) | A | Dividend | | | Buy (add'l) | 01/02/15 | K | | |
| 118. | | | | | Sold | 01/15/15 | L | | |
| 119. Hartford Healthcare Fund (HGHAX) | B | Dividend | L | T | Sold (part) | 01/05/15 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 07/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | D | | | | Buy (add'l) | 01/08/15 | J | | |
| 121. | | | | | Buy (add'l) | 01/27/15 | K | | |
| 122. | | | | | Sold (part) | 07/09/15 | K | D | |
| 123. Hartford Healthcare Fund I (HGHIX) | B | Dividend | L | T | Buy (add'l) | 01/26/15 | K | | |
| 124. | D | | | | | | | | |
| 125. PIMCO All Asset Fund Adm Class (PAALX) | B | Dividend | | | Buy (add'l) | 01/08/15 | J | | |
| 126. | | | | | Buy (add'l) | 01/26/15 | L | | |
| 127. | | | | | Sold (part) | 06/26/15 | K | | |
| 128. | | | | | Sold (part) | 07/13/15 | J | | |
| 129. | | | | | Sold (part) | 07/22/15 | J | | |
| 130. | | | | | Sold | 07/31/15 | M | | |
| 131. Primecap Odyssey Aggressive Growth (POAGX) | A | Dividend | M | T | Buy (add'l) | 01/08/15 | J | | |
| 132. | E | | | | Buy (add'l) | 01/26/15 | J | | |
| 133. | | | | | Buy (add'l) | 01/27/15 | J | | |
| 134. | | | | | Buy (add'l) | 06/26/15 | L | | |
| 135. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 136. | | | | | Sold (part) | 12/18/15 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 07/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Primecap Odyssey Growth (POGRX) | | None | M | T | Buy (add'l) | 01/26/15 | K | | |
| 138. | | | | | Sold (part) | 06/26/15 | M | D | |
| 139. | | | | | Buy (add'l) | 12/30/15 | M | | |
| 140. Primecap Odyssey Stock (POSKX) | C | Dividend | M | T | Buy (add'l) | 01/08/15 | J | | |
| 141. | C | | | | Buy (add'l) | 06/26/15 | M | | |
| 142. | | | | | Sold (part) | 07/06/15 | J | A | |
| 143. | | | | | Sold (part) | 12/30/15 | M | | |
| 144. Vanguard Dividend Growth (VDIGX) | D | Dividend | O | T | Sold (part) | 01/05/15 | J | D | |
| 145. | E | | | | Buy (add'l) | 01/08/15 | K | | |
| 146. | | | | | Buy (add'l) | 01/26/15 | L | | |
| 147. | | | | | Buy (add'l) | 01/27/15 | K | | |
| 148. | | | | | Buy (add'l) | 06/26/15 | L | | |
| 149. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 150. Vanguard Intermediate Term Tax Exempt (VWIUX) | D | Dividend | O | T | Buy (add'l) | 01/22/15 | M | | |
| 151. | | | | | Buy (add'l) | 01/26/15 | J | | |
| 152. | | | | | Sold (part) | 06/26/15 | M | | |
| 153. | | | | | Buy (add'l) | 07/31/15 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 07/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 09/25/15 | K | | |
| 155. | | | | | Buy (add'l) | 12/24/15 | N | | |
| 156. Vanguard Intermeidate Term Investment Grade Admiral (VFIDX) | A | Dividend | K | T | Buy | 07/09/15 | J | | |
| 157. | A | | | | Buy (add'l) | 07/13/15 | J | | |
| 158. | | | | | Buy (add'l) | 07/14/15 | J | | |
| 159. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 160. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 161. | | | | | Buy (add'l) | 12/24/15 | J | | |
| 162. Vanguard Limited Term Tax Exempt (VMLUX) | D | Dividend | M | T | Buy (add'l) | 01/26/15 | N | | |
| 163. | | | | | Buy (add'l) | 01/27/15 | L | | |
| 164. | | | | | Sold (part) | 06/26/15 | L | | |
| 165. | | | | | Sold (part) | 12/24/15 | N | | |
| 166. | | | | | Sold (part) | 12/30/15 | N | | |
| 167. Vanguard Short Term Investment Grade (VFSUX) | A | Dividend | K | T | Buy (add'l) | 01/08/15 | J | | |
| 168. | A | | | | Buy (add'l) | 01/23/15 | J | | |
| 169. | | | | | Buy (add'l) | 01/26/15 | J | | |
| 170. | | | | | Sold (part) | 12/24/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 07/28/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Vanguard Short Term Tax Exempt Admiral (VWSUX) | A | Dividend | N | T | Buy | 12/30/15 | N | | |
| 172. iShares iBoxx$ High Yield Corporate Bond (HYG) | B | Dividend | N | T | Buy | 12/17/15 | N | | |
| 173. WisdomTree Japan Hedged Equity (DJX) | D | Dividend | N | T | | | | | |
| 174. | E | | | | | | | | |
| 175. E-Trade f/k/a WIT Capital (y) | | | | | | | | | |
| 176. Schulte Roth & Zabel Capital Account(investment in law firm) | E | Interest | P1 | U | Buy (add'l) | 08/27/15 | L | | |
| 177. | | | | | | | | | |
| 178. NY College Savings Program | | None | K | T | | | | | |
| 179. -Moderate Age Based Income Option Portfolio | | | | | | | | | |
| 180. Vanguard Educational IRA | | None | K | T | Redeemed (part) | 12/15/15 | J | A | |
| 181. -Vanguard Small Cap Index Fund Investor Shares | | | | | | | | | |
| 182. Vanguard Educational IRA | | None | K | T | | | | | |
| 183. -Vanguard Small Cap Index Fund Investor Shares | | | | | | | | | |
| 184. BlackRock CollegeAdvantage | | None | K | T | | | | | |
| 185. -BR Growth Portfolio Option A | | | | | | | | | |
| 186. BlackRock CollegeAdvantage | | None | K | T | | | | | |
| 187. -BR Growth Portfolio Option A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 07/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. B & McG Holdings | | None | K | T | | | | | |
| 189. -Shelter Venture Fund | B | Distribution | | | | | | | |
| 190. Special Situations Technology Fund, L.P. | B | Dividend | P1 | U | | | | | |
| 191. | F | | | | | | | | |
| 192. SRZ Savings Plan | | None | P1 | T | Buy (add'l) | 08/13/15 | K | | |
| 193. -Wells Fargo Money Mkt Fund | | | | | | | | | |
| 194. -Merck common stock | | | | | | | | | |
| 195. -Pfizer common stock | | | | | | | | | |
| 196. SRZ Cash Balance Plan | | None | O | T | Buy (add'l) | 08/12/15 | L | | |
| 197. SRZ Thrift Plan | | None | N | T | Buy (add'l) | 08/13/15 | K | | |
| 198. | | | | | Buy (add'l) | 12/29/15 | K | | |
| 199. SRZ Partners Pension Plan | | None | O | T | Buy (add'l) | 08/12/15 | L | | |
| 200. Schulte Roth & Zabel Supplemental Retirement Fund | | None | P1 | T | Buy (add'l) | 11/20/15 | M | | |
| 201. -DWS Small Cap Index VIP-Class A Shares | | | | | Buy (add'l) | 04/28/15 | J | | |
| 202. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 203. -American Funds Ins Ser International - Class 2 Shares | | | | | Buy (add'l) | 04/28/15 | J | | |
| 204. | | | | | Buy (add'l) | 11/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Fidelity VIP Index 500-Initial Class | | | | | Buy (add'l) | 04/28/15 | J | | |
| 206. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 207. -Fidelity VIP Money Market Portfolio- Initial Class | | | | | | | | | |
| 208. -Fidelity VIP Real Estate-Initial Class | | | | | Buy (add'l) | 04/28/15 | J | | |
| 209. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 210. -Invesco V.I. International Growth Fund- Series I Shares | | | | | Buy (add'l) | 04/28/15 | J | | |
| 211. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 212. -MainStay VP Eagle Small Cap Growth Portfolio Initial Class | | | | | Buy (add'l) | 04/28/15 | J | | |
| 213. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 214. -MFS Global Tactical Allocation-Initial Class | | | | | Buy (add'l) | 04/28/15 | J | | |
| 215. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 216. -MFS VIT Value Series-Initial Class | | | | | Buy (add'l) | 04/28/15 | J | | |
| 217. | | | | | Buy (add'l) | 11/20/15 | K | | |
| 218. -T Rowe Price Blue Chip Growth Portfolio | | | | | Buy (add'l) | 04/28/15 | K | | |
| 219. | | | | | Buy (add'l) | 11/20/15 | K | | |
| 220. -Mainstay Cash Management | | | | | | | | | |
| 221. -Tremont Opportunity Fund (x) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Special Situation Fund III QP, LLP | B | Dividend | O | U | | | | | |
| 223. | D | | | | | | | | |
| 224. Merrill Lynch Money Market | A | Int./Div. | K | T | | | | | |
| 225. SRZ Group Trust | | None | N | T | | | | | |
| 226. -Blackrock Asia Pacific Partners (Offshore) SPV Ltd. | | | | | Redeemed (part) | 06/26/15 | J | | |
| 227. -Candlewood Structured Credit fund, Ltd. | | | | | | | | | |
| 228. -Cevian Capital Fund II Ltd. | | | | | | | | | |
| 229. -Charter Bridge Capital Partners (Cayman) Ltd. | | | | | Redeemed | 04/09/15 | J | | |
| 230. -Chatham Asset High Yield Offshore Fund, Ltd. | | | | | Redeemed | 04/30/15 | J | | |
| 231. -Citadel Kensington Global Strategies | | | | | | | | | |
| 232. -Cognis I Fund LP | | | | | | | | | |
| 233. -Discovery Global Macro Fund, Ltd. | | | | | | | | | |
| 234. -Echo Street Capital Partners Ltd (QP) | | | | | | | | | |
| 235. -Empire Capital Partners, Ltd. | | | | | Redeemed | 04/17/15 | J | | |
| 236. -Golden Tree Offshore Fund Ltd | | | | | Redeemed (part) | 06/16/15 | J | | |
| 237. -Highfields Capital IV LP | | | | | | | | | |
| 238. -Hudson Bay Int'l Fund Ltd f//k/a Hudson Bay Overseas Fund Ltd | | | | | Redeemed | 04/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Hutchin Hill Capital Offshore Fund, Ltd. | | | | | | | | | |
| 240. -Jennison Global Healthcare Offshore Fund, Ltd. | | | | | Redeemed (part) | 09/01/15 | J | | |
| 241. -Kylin Offshore Fund, Ltd. | | | | | | | | | |
| 242. -Lakeview Opportunity Fund Ltd. | | | | | Redeemed (part) | 03/31/15 | J | | |
| 243. | | | | | Redeemed (part) | 09/08/15 | J | | |
| 244. | | | | | Redeemed (part) | 10/16/15 | J | | |
| 245. -Lone Pinion Ltd. | | | | | | | | | |
| 246. -Lone Slavin, Ltd. | | | | | | | | | |
| 247. -Lone Spruce LP | | | | | | | | | |
| 248. -Malta Offshore, Ltd. (y) | | | | | | | | | |
| 249. -Millenium International Ltd | | | | | | | | | |
| 250. -OSS Overseas LTD (y) | | | | | | | | | |
| 251. -Pennant Onshore Partners LP | | | | | | | | | |
| 252. -Pennant Windward Ltd | | | | | | | | | |
| 253. -Ramius Multi-Strategy Fund Ltd | | | | | Redeemed | 09/09/15 | J | | |
| 254. -Rosemawr International Ltd. | | | | | Redeemed (part) | 04/15/15 | J | | |
| 255. | | | | | Redeemed (part) | 04/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 07/28/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Seer Capital Partners Offshore Fund Ltd. | | | | | | | | | |
| 257. -Spruce Hedge Fund Program SPC LTD- Portfolio B SP (x). | | | | | | | | | |
| 258. | | | | | | | | | |
| 259. -Spruce Alpha Fund (Offshore) Ltd. | | | | | Buy (add'l) | 02/01/15 | J | | |
| 260. | | | | | Redeemed (part) | 10/16/15 | J | | |
| 261. Spruce Hedge Fund Program SPC LTD- Portfolio A SP (x) | | | | | | | | | |
| 262. -Steelhead Pathfinder Fund Ltd. | | | | | | | | | |
| 263. -The Childrens' Investment Fund | | | | | | | | | |
| 264. -Two Sigma Absolute Return Macro Cayman Fund, Ltd. | | | | | | | | | |
| 265. -JP Morgan Trust Co. of Delaware deposit account | | | | | | | | | |
| 266. AutoNation common stock | None | | J | T | | | | | |
| 267. Akami Technology common stock | None | | J | T | | | | | |
| 268. MooreAcre/Blackacre 7710 Business Park Drive REIT (y) | | | | | | | | | |
| 269. MooreAcre/Blackacre 610 Corner Way Inc. REIT (y) | | | | | | | | | |
| 270. BCM/CHI Eden Roc, Inc. REIT (y) | | | | | | | | | |
| 271. BCM/CHI Kapalua, Inc. REIT (y) | | | | | | | | | |
| 272. -CBF Appreciation Portfolio Alt-AX (y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. CollegeBound Fund (Alliance-RI) | | None | K | T | | | | | |
| 274. -CBF Appreciation Portfolio Alt-AX | | | | | | | | | |
| 275. Northwestern Mutual Whole Life Ins. Policy | | None | N | T | | | | | |
| 276. Guardian Life Insurance Company-Life Insurance Policy | | None | L | T | | | | | |
| 277. Mt. Kellett Capital Partners II LP | G | Distribution | O | T | | | | | |
| 278. Merrill Lynch Retirement Account-Blackrock Global (MDLOX) | C | Int./Div. | K | T | Buy (add'l) | 04/17/15 | J | | |
| 279. Northrop Grumman common stock | A | Dividend | | | Sold | 03/04/15 | J | A | |
| 280. PNC common stock | A | Dividend | | | Sold | 03/04/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Throughout Part VII, where column B1 is filled in, and column B2 is left blank, this indicates that the income in question is capital gain.

Part VII, line 192-SRZ Savings Plan-the investment in the SRZ Savings Plan is partly invested in the securities shown on the report and partially in the SRZ Group Trust.

Part VII, lines 196-199-the SRZ Cash Balance Plan, Thrift Plan and Partners Pension Plan are invested in the same manner as the SRZ Group Trust.

With respect to the SRZ Group Trust (Part VII, lines 225-265) and the SRZ Supplemental Retirement Fund (Part VII, Lines 200-221), these are retirement plans in which my husband has an interest, and which were established by the law firm of which he is a member. Each of these is an aggregate ownership arrangement, and therefore I have reported the gross value of his interest in each of these plans. Because he directs the investments for his share of the Supplemental Retirement Plan, and was in 2014 a member of the committee which oversees the investments of the SRZ Group Trust, I have also reported the assets within this aggregate ownership arragement. From time to time, his interest in these aggregate ownership arrangements may be reallocated to different assets, either at his direction (in the case of the SRZ Supplemental Retirement Plan), or because the plan purchases or sells investments. I have reported these reallocations as purchases and sales, though they are not actually purchases or sales by him. There is no gain or loss to my husband resulting from these reallocations, and therefore I have left this column blank.

Part VII, line 257--Spruce Hedge Fund Program SPC LTD-Portfolio B SP was identified as Spruce Absolute Return Fund (Offshore) Ltd. on line 302 of my 2014 report (name change).

Part VII, line 261-Spruce Hedge Fund Program SPC LTC-Portfolio A SP was identified as Spruce Equity Hedge Fund on line 305 of my 2014 report (name change).

Part VII, line 248-Malta Offshore was fully redeemed on October 27, 2014 (see line 289 of my 2014 report).

Part VII, lines 279-280-these investments are assets of the Estates of Raymond S. Craig and Margaret M. Craig (see Part I-Positions).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carla E. Craig**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544